DOC NO
REC'D/FILED
MAR -8 PM 2:25
CLERK US

DOC NO
REC'D/FILED
JAN 23 PM 2:47
CLERK US

# ATTACHMENT 1

# COMPLAINT FORM

**(for non-prisoner filers without lawyers)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** WESteRN **DISTRICT OF** Wisconsin
U.S. Court House 220 N. henry st. Room 320

(Full name of plaintiff(s))

KHALED SHABANI

vs

Case Number: 19 CV -65 BBC

(to be supplied by clerk of court)

(Full name of defendant(s))

city of madison, Michael C. Koval, Jennifer Krueger Favour, Police and Fire Commission (PFC), madison police department, Damion Figueroa, Kevin Costin, Hamp Johnson, Jessica Sosolka, Jeff Pharo, Jason Sweeny, Baker. Sgt, Berkovitz. Sgt, Freedman. capt, professional standards & [redacted] internal Affairs Unit, Kraig Kalka, Kenneth Brown. Wisconsin department of justice

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
(State)

20 Sayner ct. APT. 50. madison. wi. 53717
(Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant ______________________________
(Name)

is (if a person or private corporation) a citizen of ______________________________
(State, if known)

and (if a person) resides at ______________________________
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ______________________________
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1- the city of madison. and. madison police departmont. Police and Fire Commission (PFC). and. Professional standards & internal Affairs Unit. have violated my civil Right. They Refuse to help me or assist me. When the chief Koval. he order his officers to beat my daughter on her eye on 10-21-2015. and he organize Criminal Assault on 3-22-2018 by help of (Kevin Costin) (Champ Johnson) and other officers they were outside the (naf naf Grill) 555 state st. I was Attacked by undercover on my head and all over my body

and brolle my hand I went to the hospital. I dont have insurance They Caused me Permanent damage to my Left hand and very bad headaches From the beating. officer (damion Figueroa) he False Arrest me on-12-22-2017 over a haircut it was a setup by the madison police department I have spent Five days in Jail and I still suffering Emotionally Very bad and it did affect my life and work he participate in other harassment to officer: Jason Sweeny. he call me on-11-1-2018 About the man came at me at my shop. 627 Ruby's salon Around 11:56Am Where I called 911 and offcer. J Sweeny find the man and his under cover cop this was a setup by the madison police departmt and the man came back to state st and he was walking by my shop the officer neglect me and put my life in danger by releasing the man. sgt Baker, sgt Berkovitz Capt Freedman they participate in other harassment and they give the public Fake news and I was all over the internt and TV. J Pharo and J sosoka have Harassing me very badly and there is much more offcers involve in harassment intimidation threaten Racketeering put me in

Fear. Harassing my clients and provoke them against me so I lose my shop I lost my House and my other salon from the same things they are doing to me Right now I have file a lot of compliant with the madison police and the city of madison and the Justice department in madison from 2006 until 1-1-2019 and the state of wisconsin help the madison police to bring false charges against me over a haircut all this was complaint to 10-31-2011/10-10-2012/12-19-2012/7-28-2013/ 6-30-2016/3-21-2017/12-7-2017/Jan.-11-2018/1-20-2018 1-24-2018/1-30-2018/3-2-2018/3-6-2018/3-11-2018/ 5-27-2018/6-9-2018/9-29-2018/10-11-2018/10-13-2018/ 11-17-2018/ 10-24-2018/10-25-2018/10-29-2018/ 10-31-18/ 11-2-18/ 11-3-18/ 11-6-18/ 11-8-18/ 11-10-18/ 11-13-18/ 11-17-18/ 11-28-18/ 12-1-2018/ 12-6-18/ 12-11-2018/12-20-2018-Jun 18- the madison police departmen have provoke my friend against me they force my ex wife to divorce me they stool my money from my EX over 45,000 and

the police offer me ~~drugs~~ Drugs they interfere with my work and any Job I am trying to get. they did there best to get me in fight with better people. cheff m Koval his the head and his aware of all this organize crimes. and the family court in dane County Circuit Court have find my daughter is Abused and all the documents show that in court. the madison police department they are Taping my phone they have hidden cameras inside my apartment they enter my Apartment without my permission. they invaded my privacy I have lost my family and my life and I have lost over $150,000 Because of madison police department and it officer and the people Hou help this department I'm afraid to get married again or do Any business with Any one. I fear for my safety and my child to. I Feel unsecure humiliated. they have poison me with bacteria it call h-by lori it did hurt my stomach very bad. officers. Kraig Kallkaund

Kenneth Brown, have Harassing me in Front of my shop And pretended they are going to Arrest me come close to me to Freighting me. the department of justice at the state all so did not help me att all and they depriving me From my Right From 2006 until 1-23-2019 I'm Filing in Federal Court For violation of my Federal Law. all this defendant have deprive my civil Right include: Judge: Rhonda L. LanFord. case 2018cv001310 Judge: Valerie L Bailey-Rihn. case: 2018 cv001309 Judge: Anderson. Peter C. case: 2018 CV00 1009. all this Judges have dismissed all this cases to help the police and deprive me From my Right I'was discriminated very badly. and there is more police officers and undercove cops involve I couldent get those names. all so the madison police have put on my Front door of my shop at 627 state st Nude sexual pictures.

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$________________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want the Court to remove chief (michael C. Koval) and the officers who beat my child From their position and prosecute Anyone involve in this cases and I want them to stop violating my civil Right and stop harassing me in any way or shape and leave my daughter alone she is only 6 years old and my life alone. I'm Asking to be Awarded $ 16,000,000 dollars. the department of justice did not take the right step to help me they help the police to cover the crime.

E. JURY DEMAND

- [x] Jury Demand - I want a jury to hear my case
  OR
- [ ] Court Trial – I want a judge to hear my case

3-8-2019

Dated this 2 day of 23 2019.

Respectfully Submitted,

Khaled Shaban

Signature of Plaintiff

608-6693616

Plaintiff's Telephone Number

Garoo[illegible]n1234@Gmial.com

Plaintiff's Email Address

20 sayner ct APT 50

madison. WI. 53717

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

- [x] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

- [ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.