# FORM 1

## NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

File Number 19-CV-65-BBC

Plaintiff(s)
KHALED
SHABANI

Notice of Appeal

VS

Defendant(s)
CITY OF MADISON
MICHAEL KOVAL
DAMION FIGUEROA
KEVIN COSTIN
HAMP JOHNSON

Notice is hereby given that (KHALED SHABANI) (plaintiffs) (defendant s) in the above named case, * hereby appeal to the United States Court of Appeals for the 7 Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 12 day of MARCH, 2020,

KHALED SHABANI
ADDRESS 4715 SHEBOYGAN AVE, APT 111
MADISON, WI 53705

MARCH 03, 2020

(AS AMENDED APR. 22, 1993, EFF. DEC. 1, 1993; MAR. 27, 2003, EFF. DEC. 1, 2003)

*Khaled Shabani* (signature)